# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS    \*  **MDL NO. 2592**
LIABILITY LITIGATION

                                                   \*  **SECTION L**
                                                   \*
                                                   \*  **JUDGE ELDON E. FALLON**
                                                   \*
                                                   \*  **MAG. JUDGE NORTH**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

**THIS DOCUMENT RELATES TO**

*Allman v. Janssen Research & Development, LLC, et al.*, 16-2912

### <u>ORDER</u>

A Joint Complaint has been filed in the aforementioned case in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592.  Pursuant to Pre-Trial Order No. 11 (Rec. Doc. 893), **IT IS ORDERED** that this complaint is **SEVERED** into separate, individual cases for each group of related plaintiffs. Plaintiffs are hereby directed to file separate, short form complaints for each case in accordance with Pre-Trial Order No. 11, paragraph 1 (c) (Rec. Doc. 893).

New Orleans, Louisiana, this 12th day of April, 2016.

UNITED STATES DISTRICT JUDGE